# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN MARQUEZ-MARIN | * |
| Plaintiff, | * |
| v. | *  **PR CASE 05-CV-1619 (HL)** |
| | *  **NH CASE 05-DS-247 (SM)** |
| ALBERTO GONZALEZ, ATTORNEY GENERAL OF THE US, et al | * |
| Defendants | * |

## O R D E R

All of the judges in the District of Puerto Rico are recused from presiding over this case. Accordingly, the case will be presided by Hon. Steven J. McAuliffe, Chief Judge of the District of New Hampshire.

The recusal of all the judges in Puerto Rico gives rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636(f). We concur in the assignment of Magistrate Judge James R. Muirhead from the District of New Hampshire to perform the duties specified in 28 U.S.C. § 636(a)-(c).

**IT IS SO ORDERED.**

San Juan, Puerto Rico, July 18, 2005.

S/ JOSE ANTONIO FUSTE
JOSE ANTONIO FUSTE
Chief U.S. District Judge

Concord, New Hampshire, July 18, 2005.

S/ STEVEN J. McAULIFFE
STEVEN J. McAULIFFE
Chief U. S. District Judge