UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO


<u>Carmen Marquez-Marin</u>

    v.                                 NH Civil No. 05-ds-247-SM
                                      PR Civil No. 05-cv-1619-HL

<u>Attorney General of the
United States, et al</u>.


PROCEDURAL ORDER


    Counsel shall confer to discuss the matters listed in Local Rule 16(a), of the District of Puerto Rico, and shall file a joint proposed scheduling order **on or before November 15, 2005.** If counsel are unable agree on a particular matter, the proposed order shall include each party's proposal on that matter and the court will resolve the issue.


    SO ORDERED.


Date:  October 31, 2005                        _____
                                                        Steven J. McAuliffe
                                                         Chief Judge
                                                         (Sitting By Designation)


cc:  Judith Berkan, Esq.
     Mary Jo Mendez-Vilella, Esq.
     Carole M. Fernandez, Esq.
     Clerk, US District Court - PR