UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Carmen Marquez-Marin,
    Plaintiff

    v.                              Civil No. 05-ds-247-SM (NH)
                                  Civil No. 05-cv-1619-HL (PR)

Alberto Gonzales,
United States Attorney General;
and Humberto "Bert" Garcia,
U.S. Attorney for the
District of Puerto Rico,
    Defendants

**O R D E R**

    A telephonic status conference was held on December 20, 2006. The parties agreed to mediate this dispute and the court undertook to solicit Chief Magistrate Judge Justo Arenas to serve as mediator. Judge Arenas is unable to do so as he will be unavailable in January. The parties shall agree upon a mediator selected from the list on the court annexed mediation page of the district court's website and complete mediation before January 26, 2007.

    The jury will be selected during the week of March 5-11, 2007, and trial will begin on Tuesday, March 13, 2007. Counsel will be advised of the trial location by the deputy clerk.

A further telephonic pretrial conference will be held prior to trial.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

December 21, 2006

cc: Judith Berkan, Esq.
    Mary Jo Mendez-Vilella, Esq.
    Carole M. Fernandez, Esq.
    Clerk of the U.S. District Court
        District of Puerto Rico