UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Carmen Marquez-Marin,
    Plaintiff

                                  Civil No. 05-ds-247-SM (NH)
    v.                          Civil No. 05-cv-1619-HL (PR)

Alberto Gonzales,
United States Attorney General;
and Humberto "Bert" Garcia,
U.S. Attorney for the
District of Puerto Rico,
    Defendants

## **O R D E R**

A telephonic status conference was held on April 9, 2007. Judith Berkan, Esq., and Mary Jo Mendez-Vilella, Esq., appeared on behalf of the plaintiff. Assistant United States Attorney Carole M. Fernandez and Assistant United States Attorney Marlene Rodriguez appeared on behalf of the defendant.

Plaintiff will file a memorandum in support of her requests for equitable relief (reinstatement, front pay, etc.), on or before April 26, 2007.

The parties will discuss and endeavor to reach an agreement with respect to an award of attorneys' fees, prejudgment interest, and costs. If an agreement cannot be reached,

plaintiff will file a supported motion for attorneys' fees, and a motion for costs supported by a legal memorandum. The government shall respond to motions filed on or before May 16, 2007.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

April 9, 2007

cc:  Judith Berkan, Esq.
     Mary Jo Mendez-Vilella, Esq.
     Carole M. Fernandez, Esq.
     Clerk of the U.S. District Court
          District of Puerto Rico