UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Carmen Marquez-Marin</u>

        v.        Case No. 05-ds-247-SM

<u>Michael Mukasey,</u>
<u>Attorney General of the United States</u>

O R D E R

    The recently filed series of related motions suggest that there is no substantive dispute between the parties requiring court intervention. While government bureaucracies can be unnerving and frustrating, and the Department of Justice no longer seems immune from the failings historically associated with lesser agencies, still, eventually the accounts are reconciled and the record put right. The pending motions are all denied, but without prejudice to refiling, if, after 90 days and good faith mediation efforts by the parties before a third party mediator agreed to and paid equally by the parties, what disputes plaintiff perceives to exist are not resolved. If counsel for the government cannot persuade unresponsive administrators to pay attention to this matter, the court will issue orders requiring the personal appearance of the appropriate department heads in the same place at the same time in the District of Puerto Rico as necessary to bring this matter to a close.

    SO ORDERED.

July 1, 2008

Steven J. McAuliffe
Chief Judge

cc: Judith Berkan, Esq.
 Mary Jo Mendez-Vilella, Esq.
 Carole M. Fernandez, Esq.