UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Carmen Marquez-Marin

        v.                          Case No. 05-ds-247-SM

Attorney General of
the United States


ORDER

        Re: Document No. 59, Assented-to Motion for Order Referring
Post-Trial Matters to Magistrate Judge Bowler

        Ruling:  Denied, without prejudice.   After conducting a
hearing by telephone conference call, it appears that the parties
now have a clear understanding of what the judgment ordering
reinstatement requires.  Plaintiff and the government agreed to a
one month delay in reinstatement after judgment, for the benefit of
both parties.  Thereafter, plaintiff was not reinstated for another
four months, and, was not paid during that time.   While the
government suggests that it could not reinstate her without first
conducting another security investigation, the delay associated
with that process is entirely attributable to the government -
after all, the government wrongfully terminated plaintiff in the
first place, and had it not acted wrongfully, no deprivation would
have accompanied the security investigation.  Plaintiff    is
entitled to all pay and benefits that would have accrued to her
benefit during that four month period, until  the time her pay and
benefits were actually restored and paid.  If further proceedings
are required to enforce the judgment, and no reasonable grounds
exist for noncompliance, sanctions will be imposed.


                                    _____
                                    Steven J. McAuliffe
                                    Chief Judge

Date:  January 28, 2010

cc:  Judith Berkan, Esq.
     Carole Fernandez, Esq.